**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 358 MAL 2019
                : 
            Respondent         : 
                :   Petition for Allowance of Appeal
                :   from the Order of the Superior Court
            v.                : 
                : 
PI DELTA PSI, INC.,              : 
                : 
            Petitioner          : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.